UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED

JAN 1 6 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| CHARLES C. JONES, | ) **4:19CR00043 AGF/NAB** |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 13, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**CHARLES C. JONES,**

having been convicted previously of crimes punishable by a term of imprisonment exceeding one year under the laws of the United States, did knowingly possess one or more firearms which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about February 3, 2016, in the County of St. Louis, within the Eastern District of Missouri,

**CHARLES C. JONES,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about February 3, 2016, in the County of St. Louis, within the Eastern District of Missouri,

**CHARLES C. JONES,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney