Case: 4:19-cr-00043-AGF   Doc. #: 34   Filed: 08/29/19   Page: 1 of 3 PageID #: 70

FILED
AUG 29 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:19 CR 43 AGF NAB |
| ) | |
| CHARLES C. JONES, ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about October 13, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**CHARLES C. JONES,**

knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The United States Attorney further charges that:

On or about February 13, 2016, in the County of St. Louis, within the Eastern District of Missouri,

**CHARLES C. JONES,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The United States Attorney further charges

On or about February 13, 2016, in the County of St. Louis within the Eastern District of Missouri,

**CHARLES C. JONES,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

THOMAS J. MEHAN, #28958MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Thomas J. Mehan, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
THOMAS J. MEHAN, #28958MO
ASSISTANT UNITED STATES ATTORNEY

Subscribed and sworn to before me this 29th day of August 2019.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK